as to items " 7 " and " 8 " also, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AEDITA S. FISHER, Appellant, v. HARRY C. (Also Known as " BUD ") FISHER, Respondent.— Order modified by increasing the allowance to plaintiff as and for counsel fee and expenses to the sum of $1,000, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM H. GOLDBERG, Appellant, v. 2285 BROADWAY CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAURA PHILIPPSON, Appellant, v. HAMBURG-AMERIKANISCHE PACKETFAHRT-AKTIEN-GESELLSCHAFT, Also Known as HAMBURG-AMERICAN LINE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELENA H. GOODALE, Respondent, v. WILBER C. GOODALE, Appellant.— Order in so far as it grants plaintiff's motion for alimony and counsel fee reversed and said motion denied on the ground that plaintiff has sufficient means of her own for the purpose of prosecuting the action. The order in so far as it denies defendant's cross-motion to expunge the affidavits submitted by plaintiff upon the motion is affirmed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANTHONY MARESCO, as Administrator, etc., of ROBERT MARESCO, Deceased, Appellant, v. KAUFMAN DYEING & FINISHING WORKS, INC., Respondent.— Order modified by allowing all taxable costs to date, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL J. MASHKOWITZ, Respondent, v. JACOB MORRISON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM B. WILLIAMS, Respondent, v. HADDORFF PIANO COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY KATZ.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD KELLY.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN YEDOR.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MEYER LITTMAN against CONSOLIDATED SYRUP CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD GOLDSMITH RILEY v. HERMIS PRESS CORPORATION and Others.—